**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **LAVONNIA MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Civil Action No.: 5:26-cv-01141** |
| **THREE RIVERS REGIONAL LIBRARY SYSTEM and PIERCE COUNTY, GEORGIA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DISCLOSURE STATEMENT OF PLAINTIFF, LAVONNIA MOORE**

I hereby certify:

1. I am counsel for the following parties:

| **Name** | **Party Designation** |
|---|---|
| LaVonnia Moore | Plaintiff |

2. This is the full and complete list of officers, directors, and trustees of the above-identified Defendants.

Three Rivers Regional Library System's Executive Director is Jeremy Snell. The Trustees of the Three Rivers Regional Library System are listed below:

**Brantley County Library**

| **Name** | **Title** |
|---|---|
| Michael Hickox | Chair |
| Sissy Smith Baxley | Board Member |
| Frank Bullard | Board Member |
| Ronda Dowling | Board Member |
| Cheri Griffin | Board Member |
| Kimberly Harris | Board Member |

| | |
|---|---|
| Vicky Rehberg | Board Member |
| Hope Smith | Board Member |
| Joan Sweat | Board Member |
| Annette Willis | Board Member |

**Camden County Library**

| **Name** | **Title** |
|---|---|
| Lauren Smith | Chair |
| Natalie Mowbray | Board Member |
| Leatha Massey | Board Member |
| Ann Weston | Board Member |

**Charlton Public Library**

| **Name** | **Title** |
|---|---|
| Mary-Kay Lindquist | Chair |
| Becky Coleman | Board Member |
| Linda Pina | Board Member |
| Gracie Geiger | Board Member |
| Barbara Smiley | Board Member |
| Amanda Jackson | Board Member |

**Hog Hammock Library**

| **Name** | **Title** |
|---|---|
| Trice Roberts | Chair |
| Richard Banks | Board Member |
| Rebecca O'Neal | Board Member |
| Wanda Parker | Board Member |
| Lance Rosenbaum | Board Member |
| Kendra Sellers | Board Member |
| Renee Valle-Hay | Board Member |
| Tregina Walker | Board Member |
| Jasper Watts | Board Member |

**Ida Hilton Public Library**

| Name | Title |
|---|---|
| Julie Sowell | Chair |
| Ingrid Brown | Board Member |
| Laura Evans | Board Member |
| Elise Farmer | Board Member |
| Dr. Sandy Jennings | Board Member |
| Susan Murphy | Board Member |
| Johanna Kittles Williams | Board Member |

**Long County Library**

| Name | Title |
|---|---|
| Betty Baxter | Board Member |
| Misty Day | Board Member |
| Amy Howard | Board Member |
| Sherry Long | Board Member |
| Barb Parker | Board Member |
| Julia Ann Smiley | Board Member |
| Linda Smith | Board Member |
| Melinda Stoneciper | Board Member |
| Jack A. Thornton | Board Member |

**Pierce County Library**

| Name | Title |
|---|---|
| Austin Burgess | Chair |
| Lana Blankenship | Board Member |
| Jaqueline Moses | Board Member |
| Dawn Thompson | Board Member |
| Jimmy Thrift | Board Member |
| Malayna Wetherington | Board Member |
| Mandy Williams | Board Member |

**St. Mary's Library**

| **Name** | **Title** |
|---|---|
| April Jeans | Chair |
| Emily Boyle | Board Member |
| Lena Brathwaite-Bell | Board Member |
| Andy Diffenderfer | Board Member |
| Angela Gerardi | Board Member |
| Lorna Reid | Board Member |

**Wayne County Library**

| **Name** | **Title** |
|---|---|
| Harley Grove | Chair |
| Mattie Anderson | Board Member |
| Melissa Thomas | Board Member |
| Mark Tootle | Board Member |
| Courtney Tyre | Board Member |
| Edna Williamson | Board Member |

**Woodbine Library**

| **Name** | **Title** |
|---|---|
| Rhetta Sutton | Chair |
| Janice Casey | Board Member |
| Dr. Denise Cato | Board Member |
| Kim Chance | Board Member |
| Janet Heath | Board Member |
| Dr. Deborah Milstead | Board Member |
| Martin Turner | Board Member |
| Kevin Walker | Board Member |
| Colleen Weinkle | Board Member |

**The Commissioners for Defendant, Pierce County, are:**

| **Name** | **Title** |
|---|---|
| Neal Bennett | Chairman |

| | |
|---|---|
| Troy Mattox | District 1 Commissioner |
| Graham Raley | District 2 Commissioner |
| Randy Dixon | District 3 Commissioner |
| David Lowman | District 4 Commissioner |

Respectfully submitted this 26th day of October, 2026.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/Wade W. Herring, II*

Wade W. Herring, II
Georgia Bar No. 349343
*Attorneys for Plaintiff LAVONNIA MOORE*

Post Office Box 9848
Savannah, Georgia 31412
Telephone: 912.236.0261
Facsimile: 912.236.4936
Email: wherring@huntermaclean.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **LAVONNIA MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Civil Action No.: 5:26-cv-01141** |
| **THREE RIVERS REGIONAL LIBRARY SYSTEM and PIERCE COUNTY, GEORGIA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I certify that the foregoing was caused to be filed on October 26th, 2026, through the Courts CM/ECF system and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

David Michael Conner
Conner Kutcher Law Group
711 E. Cherry Street
Jesup, Georgia 31546

Adam Craft
McGhee and Craft, PC
313 Albany Avenue
Waycross, Georgia 31501

This the 26th day of October, 2026.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/Wade W. Herring, II*
Wade W. Herring, II
Georgia Bar No. 349343
*Attorneys for Plaintiff LAVONNIA MOORE*

Post Office Box 9848
Savannah, Georgia 31412
Telephone: 912.236.0261
Facsimile: 912.236.4936
Email: wherring@huntermaclean.com